No. 64, Misc. PASCAL *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 67, Misc. HILL *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 69, Misc. BUNK ET AL. *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *James L. Mc-Kenna, Louis Auerbacher, Jr.* and *Edward J. Gilhooly* for petitioners. *Duane E. Minard* for respondent. 

No. 70, Misc. DI NAPOLI *v.* NEW YORK. Appellate Division of the Supreme Court of New York. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *Whitman Knapp* for respondent.

No. 72, Misc. LYNCH *v.* NYGAARD. Supreme Court of North Dakota. Certiorari denied.

No. 73, Misc. CAREY *v.* ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 78, Misc. LAYTON *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. 

No. 83, Misc. BRIGGS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 85, Misc. MONTGOMERY *v.* NEW YORK. Appellate Division of the Supreme Court of New York. Certiorari denied.